E-FILED
Thursday, 17 August, 2006  10:04:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 94-30014 |
| ) | |
| HOWARD (TED) FURKIN and ) | |
| DAVID LANZOTTI, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| PYRAMID TECHNOLOGIES, ) | |
| INC. ) | |
| ) | |
| Garnishee. ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205 (c)(2).

THEREFORE IT IS ORDERED that a Writ of Continuing Garnishment submitted by the Government shall be issued.

IT IS THEREFORE SO ORDERED.

1

ENTER: August 16, 2006.

FOR THE COURT:

>    s/ Jeanne E. Scott
>    JEANNE E. SCOTT
>    UNITED STATES DISTRICT JUDGE