UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )  | **FILED** |
| Plaintiff,           ) | |
| )  | AUG 2 2 2006 |
| v.           ) | NO. 94-30014-002 |
| )  | JOHN M. WATERS, Clerk |
| HOWARD (TED) FURKIN,           ) | U.S. DISTRICT COURT |
| and DAVID J. LANZOTTI,           ) | CENTRAL DISTRICT OF ILLINOIS |
| )  | |
| Defendants,           ) | |
| )  | |
| PYRAMID TECHNOLOGIES, INC.,           ) | |
| )  | |
| Garnishee.           ) | |

### OBJECTION TO GARNISHMENT AND REQUEST FOR HEARING

☒ I object to the garnishment of my earnings and request a hearing.

☐ Within 5 days after the Clerk receives this request for hearing.

☐ As soon as possible, but may be later than 5 days.

**The reason I object to the Garnishment is:**

☒ I do not owe the government the money.

☒ The earnings are exempt because: *My income barely covers my expenses*

☐ Other (state Reasons).

The statements made in this objection are made and declared under penalty of perjury that they are true and correct. I have mailed a copy of this Objection to the United States and to the Garnishee.

08/16/06
DATE

[signature]
5808 E Brown Rd
Mesa, AZ 85205
NAME AND ADDRESS
480-747-1305
TELEPHONE NUMBER

I have no home (live with my daughter) my car is 7 yrs old + I owe $3,000 or so on it. I have had open heart surgery and recently had to have a stent placed in one of the new veins. I'm 69 years old you have taken my home settled debt owe me for 10¢ on the dollar what do you want?