E-FILED
Friday, 25 August, 2006  02:21:41 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 94-30014-002 |
| ) | |
| HOWARD (TED) FURKIN, ) | |
| and DAVID J. LANZOTTI, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| PYRAMID TECHNOLOGIES, INC., ) | |
| ) | |
| Garnishee. ) | |

### MOTION FOR HEARING BY TELEPHONE

Now comes the United States and moves that this Court schedule a hearing on Defendant's Objection to garnishment by telephone. Counsel has contacted Mr. Furkin and he agrees to a hearing by telephone.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: August 25, 2006

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **Motion**, has been made by placing in the United States mail, postage prepaid, addressed to:

>Howard (Ted) Furkin
>5808 E. Brown #15
>Mesa, AZ 85205
>
>Pyramid Technologies, Inc.
>Attn: Kathy May, Payroll Dept.
>1517 N. Quail
>Mesa, AZ 85205
>
>United States Probation Office
>Attn: USPO Scott Reardon
>401 W. Washington, St., Suite 160
>Phoenix, AZ 85003-2146

DATE: August 25, 2006

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov