## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 94-30014-002 |
| | ) | |
| HOWARD (TED) FURKIN, | ) | |
| and DAVID J. LANZOTTI, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

### ACCOUNTING

Now comes the United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois and Elizabeth L. Collins, Assistant United States Attorney and submits the following accounting attached as Exhibit A of the amounts collected on the restitution order in this case. The payments for which the source is blocked out were made by or for co-defendant David Lanzotti. The total amount due of $1,791,888.02 is less then the previously stated amount of $1,794,542.99 (Doc. 985) because two payments were added from the Clerk's records and additional payments have been made.

                                                Respectfully submitted,

                                                **RODGER A. HEATON**
                                                **UNITED STATES ATTORNEY**

DATE: September 19, 2006

                                                s/Elizabeth L. Collins
                                                Elizabeth L. Collins, Bar No. 487864
                                                Attorney for the Plaintiff
                                                United States Attorney's Office
                                                318 S. 6th Street
                                                Springfield, Illinois 62701
                                                Tel: 217-492-4450
                                                Fax: 217-492-4888
                                                E-mail: Beth.Collins@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ACCOUNTING**, has been made by placing in the United States mail, postage prepaid, addressed to:

>Howard (Ted) Furkin
>5808 E. Brown #15
>Mesa, AZ 85205


>United States Probation Office
>Attn: USPO Scott Reardon
>401 W. Washington, St., Suite 160
>Phoenix, AZ 85003-2146

DATE: September 19, 2006

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov