DATE: 15-SEP-2006

Report: CF_QRY2
PAGE: 1 OF 11

PAYMENT HISTORY REPORT
FOR: 1995200335/002

DEBTOR: Furkin, Joint, Howard (2nd)
COURT NUMBER: 94-30014-002
CURRENT LIABILITY BALANCE: $1,791,886.02

PRIORITY CODE: 03

| TXN SEQ | TXN CODE | OBJ. TYPE | REC DATE | FORM/ PAID BY | REC FROM | DEPOSIT NO. | CHECK NO. | BCO# DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | PMNT | SA | 07-JUL-1997 | CK/Y | CLERK | ILC /7/173 | 0013086 | | $40,277.29 | 07-JUL-1997 |
| 0036 | PMNT | 6A | 11-AUG-1997 | CK/Y | FARLEY GARNISH | ILC /7/191 | 1163 | | $800.00 | 11-AUG-1997 |
| 0035 | PMNT | 6A | 11-AUG-1997 | CK/Y | FARLEY GARNISH | ILC /7/191 | 1228 | | $800.00 | 11-AUG-1997 |
| 0034 | PMNT | 6A | 18-AUG-1997 | CK/Y | First of America | ILC /7/195 | 126886922 | | $10,449.82 | 15-AUG-1997 |
| 0033 | PMNT | 6A | 21-AUG-1997 | CK/Y | 1st of America | ILC /7/197 | 852099351 | | $2,877.78 | 22-AUG-1997 |
| 0032 | PMNT | 6A | 27-AUG-1997 | CK/Y | AG EDWARDS GARNISHEE | ILC /7/200 | 01175211 | | $4,981.27 | 27-AUG-1997 |
| 0031 | PMNT | 6A | 27-AUG-1997 | CK/Y | VANGUARD GARNISHEE | ILC /7/200 | 968016 | | $2,272.40 | 27-AUG-1997 |
| 0030 | PMNT | 6A | 02-SEP-1997 | CK/Y | FARLEY GARNISHMNT | ILC /7/203 | 1289 | | $800.00 | 02-SEP-1997 |
| 0029 | PMNT | 6A | 17-SEP-1997 | CK/Y | John Metz | ILC /7/212 | 7061 | | $232.16 | 17-SEP-1997 |
| 0028 | PMNT | 6A | 02-OCT-1997 | CK/Y | Sheila Farley | ILC /8/002 | 1353 | | $800.00 | 02-OCT-1997 |
| 0027 | PMNT | 6A | 22-OCT-1997 | CK/Y | PHOENIX HOME LIFE | ILC /8/008 | 2174 | | $5,228.35 | 22-OCT-1997 |
| 0026 | PMNT | 6A | 03-NOV-1997 | CK/Y | Sheila Farley | ILC /8/015 | 1427 | | $800.00 | 04-NOV-1997 |
| 0025 | PMNT | 6A | 02-DEC-1997 | CK/Y | RENT GARN/FARLEY | ILC /8/028 | 1497 | | $800.00 | 05 DEC 1997 |
| 0024 | PMNT | 6A | 05-JAN-1998 | CK/Y | GARNISHMNT/FARLEY | ILC /8/046 | 1555 | | $800.00 | 05 JAN 1998 |
| 0023 | PMNT | 6A | 09-FEB-1998 | CK/Y | FARLEY GARNISHMENT | ILC /8/071 | 1626 | | $800.00 | 09-FEB-1998 |
| 0022 | PMNT | 6A | 06-APR-1998 | CK/Y | FARLEY GARNISHMENT | ILC /8/109 | 1755 | | $800.00 | 06-APR-1998 |
| 0021 | PMNT | 6A | 05-MAR-1998 | CK/Y | REPOST 5-MAR-08 PAYM | ILC /8/223 | 1658 | | $800.00 | 06-APR-1998 |
| 0020 | PMNT | 6A | 05-MAY-1998 | CK/Y | Garnishment/Farley | ILC /8/129 | 1829 | | $800.00 | 05-MAY-1998 |
| 0019 | PMNT | 6A | 13 MAY 1998 | CK/Y | BOP OFFSET | | 1/8 8 081 | | $50.00 | 22 MAY 1998 |
| 0018 | PMNT | 6A | 08-JUN-1998 | CK/Y | Garnishment | ILC /8/151 | 1900 | | $800.00 | 08 JUN 1998 |
| 0017 | PMNT | 6A | 11-JUN-1998 | CK/Y | BOP OFFSET | | 178-B-091 | | $50.00 | 25-JUN-1998 |
| 0016 | PMNT | 6A | 07-JUL-1998 | CK/Y | FURKIN/FARLEY GARNIS | ILC /8/166 | 1962 | | $800.00 | 07-JUL-1998 |
| 0015 | PMNT | 6A | 10-AUG-1998 | CK/Y | BOP OFFSET | | 2039 | | $50.00 | 10-AUG-1998 |
| 0014 | PMNT | 6A | 14 AUG 1998 | CK/Y | BOP OFFSET | ILC /8/186 | 1559 8 118 | | $800.00 | 25-AUG-1998 |
| 0013 | PMNT | 6A | 10-SEP-1998 | CK/Y | Garnishment/Farley | ILC /8/234 | 2098 | | $800.00 | 10 SEP 1998 |
| 0012 | PMNT | 6A | 14-SEP-1998 | CK/J | BOP OFFSET/FURKIN | | 159-B-121 | | $5,000.00 | 25-SEP-1998 |
| 0035 | PMNT | 6A | 21-OCT 1998 | CK/J | Farley Garnishment | ILC /9/012 | 2180 | | $143.54 | 21-OCT-1998 |
| 0036 | PMNT | 6A | 13 OCT 1998 | CK/J | BOP OFFSET/FURKIN | | 10200-626 | | $25.00 | 26 OCT 1998 |
| 0037 | PMNT | SA | 09-NOV-1998 | CK/C | Farley Garnishment | | 2235 | | $800.00 | 10 NOV 1998 |

EXHIBIT A

RUN DATE: 15 SEP 2005

PAYMENT HISTORY REPORT

FOR: 1995D0219/002

Report: CZ_ORIG
PAGE: 2 OF 11

DEBTOR: Purkin, Joint, Howard (Tod)
COURT NUMBER: 94-30014-002
CURRENT LIABILITY BALANCE: $1,791,888.02

PRIORITY CODE: C3

| PMT SEQ | PMT CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0038 | PMNT | 6A | 13-NOV-1998 | OT/J | BOP OFFSET | ILC /9/021 | 159-9-021 | | $50.00 | 23-NOV-1998 |
| 0039 | PMNT | 6A | 04-DEC-1998 | OT/Y | FARLEY GARNISHMENT | ILC /9/037 | 2294 | | $800.00 | 04-DEC-1998 |
| 0040 | PMNT | 6A | 14-DEC-1998 | OT/J | BOP OFFSET/PURKIN | ILC /9/031 | 159-9-031 | | $50.00 | 29-DEC-1998 |
| 0041 | PMNT | 6A | 06-JAN-1999 | OT/G | Sheila Farley | ILC /9/056 | 2373 | | $206.50 | 06-JAN-1999 |
| 0042 | PMNT | 6A | 15-JAN-1999 | OT/J | BOP OFFSET/PURKIN | | 159-9-041 | | $25.00 | 26-JAN-1999 |
| 0043 | PMNT | 5A | 04-NOV-1997 | OT/A | (2410 Credit) | | | | $50.00 | 25-JAN-1999 |
| 0044 | PMNT | 5A | 09-FEB-1999 | OT/G | Sheila Farley | ILC /9/071 | 2474 | | $33.92 | 29-JAN-1999 |
| 0045 | PMNT | 5A | 18-FEB-1999 | OT/Y | Freeman | ILC /9/077 | 89726 | | $206.50 | 09-FEB-1999 |
| 0046 | PMNT | 5A | 12-FEB-1999 | OT/J | BOP OFFSET/PURKIN | ILC /9/089 | 159-9-051 | | $13,169.08 | 18-FEB-1999 |
| 0047 | PMNT | 5A | 08-MAR-1999 | OT/G | Farley-Garnishment | ILC /9/089 | 2551 | | $50.00 | 22-FEB-1999 |
| 0048 | PMNT | 5A | 12-MAR-1999 | OT/J | BOP OFFSET/PURKIN | ILC /9/061 | 159-9-061 | | $800.00 | 09-MAR-1999 |
| 0049 | PMNT | 5A | 05-APR-1999 | OT/G | Sheila Farley | ILC /9/058 | 2655 | | $50.00 | 10-MAR-1999 |
| 0050 | PMNT | 5A | 12-APR-1999 | OT/J | BOP OFFSET/PURKIN | ILC /9/071 | 159-9-071 | | $800.00 | 06-APR-1999 |
| 0051 | PMNT | 6B | | OT/J | Garnishment/Farley | ILC /9/140 | 2976 | | $50.00 | 26-APR-1999 |
| 0052 | PMNT | 6A | 29-JUN-1999 | OT/O | Sale of Coins/Marela | ILC /9/140 | 00076497 | | $172.22 | 25-JUN-1999 |
| 0053 | PMNT | 6A | 28-JUN-1999 | OT/Y | Freeman/Garnishment | ILC /9/137 | 168839383 | | $3,316.70 | 25-JUN-1999 |
| 0054 | PMNT | 6A | 22-JUN-1999 | OT/G | Farley Garnishment | ILC /9/117 | 2812 | | $1,050.00 | 22-JUN-1999 |
| 0055 | PMNT | 6A | 11-MAY-1999 | OT/J | BOP OFFSET/PURKIN | | | | $600.00 | 11-MAY-1999 |
| 0056 | PMNT | 6A | 09-JUL-1999 | OT/J | BOP OFFSET/PURKIN | | 247-9-101 | | $25.00 | 27-JUL-1999 |
| 0057 | PMNT | 6A | 12-AUG-1999 | OT/G | Farley/GN Corm Bnk | | 76855 | | $3,250.02 | 12-AUG-1999 |
| 0058 | PMNT | 6A | 16-AUG-1999 | OT/G | Shelia Farley | ILC | 3157 | | $800.00 | 17-AUG-1999 |
| 0059 | PMNT | 6A | 06-AUG-1999 | OT/J | BOP OFFSET/J | | 247-9-111 | | $25.00 | 25-AUG-1999 |
| 0060 | PMNT | 6A | 17-SEP-1999 | OT/G | Freeman/Purkin | ILC /9/177 | 225357 | | $642.94 | 21-SEP-1999 |
| 0061 | PMNT | 6A | 10-SEP-1999 | OT/J | BOP OFFSET | | 247 9-121 | | $25.00 | 29-SEP-1999 |
| 0062 | PMNT | 6A | 08-OCT-1999 | OT/J | BOP OFFSET/PURKIN | | 247 0 011 | | $25.00 | 25-OCT-1999 |
| 0063 | PMNT | 6A | | | | | | | $25.00 | |
| 0064 | PMNT | 6A | 10-NOV-1999 | OT/J | BOP OFFSET/PURKIN | | 247-0-021 | | $25.00 | 29-NOV-1999 |
| 0065 | PMNT | 6A | 29-NOV-1999 | OT/G | Freeman Garnishment | | 230-19 | | $54.00 | 30-NOV-1999 |

RUN DATE: 13-SEP-2006                                    PAYMENT HISTORY REPORT                              Report: CA_CRPC
                                                         FOR: 1995003395/002                                 PAGE: 3 OF 11

DEBTOR: Purkin, Joint, Howard (*ed)
COURT NUMBER: 94-30014-002                                                                                   PRIORITY CODE: 6A
CURRENT LIABILITY BALANCE: $1,791,555.02

| PYM SEQ | PYM CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | JOP DEPOSIT NO. | PYMT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0071 | PMNT | 6A | 20-DEC-1999 | OT/G | Garnishment/Freeman | ILC /0/042 | 232000 | | $134.00 | 21-DEC-1999 |
| 0072 | PMNT | 6A | 22-DEC-1999 | OT/G | Shelia Parley/Garnis | ILC /0/043 | 3499 | | $243.00 | 22-DEC-1999 |
| 0073 | PMNT | 6A | 14-DEC-1999 | OT/J | BOP OFFSET | ILC /0/048 | 247-0-031 | | $25.00 | 25 DEC 1999 |
| 0074 | PMNT | 6A | 04-JAN-2000 | OT/G | Farley Garnishment | ILC /0/049 | 3526 | | $800.00 | 04-JAN-2000 |
| 0075 | PMNT | 6A | 06-JAN-2000 | OT/G | Garn/sale of S D Box | ILC /0/050 | 000779-A | | $843.56 | 06-JAN-2000 |
| 0076 | PMNT | 6A | 13-JAN-2000 | OT/G | Freeman/Garnishment | ILC /0/054 | 234406 | | $77.00 | 13-JAN-2000 |
| 0077 | PMNT | 6A | 12-JAN-2000 | OT/J | BOP OFFSET/PURKIN | | 247 U 041 | | $25.00 | 26-JAN-2000 |
| 0078 | PMNT | 6A | 03-FEB-2000 | OT/G | Shelia Farley/Garni | ILC /0/065 | 3590 | | $800.00 | 03 FEB-2000 |
| 0079 | PMNT | 6A | 10-FEB-2000 | OT/G | Freeman/Garnishment | ILC /0/067 | 236736 | | $154.00 | 10 FEB-2000 |
| 0080 | PMNT | 6A | 10-FEB-2000 | OT/J | BOP OFFSET/PURKIN | ILC /0/076 | 247-0-051 | | $25.00 | 29 FEB 2000 |
| 0081 | PMNT | 6A | 01-MAR-2000 | OT/G | FARLEY GARNISHMENT | ILC /0/076 | 3647 | | $800.00 | 01 MAR 2000 |
| 0082 | PMNT | 6A | 08-MAR-2000 | OT/G | Deborah Freeman/gar | ILC /0/081 | 238750 | | $154.00 | 08-MAR-2000 |
| 0083 | PMNT | 6A | 06-APR-2000 | OT/G | Deborah Freeman/Gain | ILC /0/093 | 240423 | | $155.00 | 06-APR-2000 |
| 0084 | PMNT | 6A | 13-APR-2000 | OT/G | Shelia Farley | ILC /0/097 | 3729 | | $202.00 | 13-APR-2000 |
| 0085 | PMNT | 6A | 10-MAR-2000 | OT/J | BOP OFFSET/PURKIN | | 247-00-061 | | $25.00 | 27-APR-2000 |
| 0086 | PMNT | 6A | 10-APR-2000 | OT/J | BOP OFFSET/PURKIN | | 247-00-071 | | $25.00 | 01 MAY 2000 |
| 0087 | PMNT | 6A | 02-MAY-2000 | OT/G | FARLEY GARNISHMENT | ILC /0/107 | 3766 | | $800.00 | 02 MAY 2000 |
| 0088 | PMNT | 6A | 10-MAY-2000 | OT/J | BOP OFFSET/PURKIN | | 247-00-081 | | $25.00 | 23 MAY 2000 |
| 0089 | PMNT | 6A | 31-MAY-2000 | OT/Y | Release Redemption | ILC /0/120 | 14567 | | $100.00 | 01-JUN-2000 |
| 0090 | PMNT | 6A | | | | | | | $25.00 | |
| 0091 | PMNT | 6A | 09-JUN-2000 | OT/H | BOP OFFSET/PURKIN | | 247 00 091 | | $25.00 | 21-JUN-2000 |
| 0092 | PMNT | 6A | 26-JUN-2000 | OT/G | FREEMAN GARNISHMENT | ILC /0/134 | 245341 | | $192.00 | 26-JUN-2000 |
| 0093 | POP | 6A | 26-JUL-2000 | OT/J | BOP OFFSET/PURKIN | | 247-00-102 | | $25.00 | 27 JUL 2000 |
| 0094 | PMNT | 6A | | | | | | | $25.00 | |
| 0095 | PMNT | 6A | 09-AUG 2000 | | BOP OFFSET | | 247 00 111 | | $25.00 | 01 SEP-2000 |
| 0096 | PMNT | 6A | 11-SEP-2000 | OT/J | BOP OFFSET/PURKIN | | 247 00 121 | | $25.00 | 04-OCT-2000 |
| 0097 | PMNT | 6A | | | | | | | | |
| 0098 | PMNT | 6A | 06-OCT-2000 | | BOP OFFSET/PURKIN | | 247-01-011 | | $25.00 | 01 NOV 2000 |
| 0099 | PMNT | 6A | 15-NOV-2000 | OT/G | Weckman | /1/026 | 1634 | | $975.00 | 15 NOV 2000 |
| 0100 | PMNT | 6A | | | | | | | | |
| 0101 | PMNT | 6A | 09 NOV 2000 | OT/G | BOP OFFSET/PURKIN | | 247-01-021 | | $25.00 | 01-DEC-2000 |

```
RUN DATE: 15-SEP 2006                                    PAYMENT HISTORY REPORT                              Report ID: CM_ORY2
                                                          FOR: 1595Z6C339/002                                PAGE:  4 OF 10

                                DEBTOR: Furkin, Joint, Howard (Ted)
                                COURT NUMBER: 94-30014-002                                                   PRIORITY CODE: 03
                                CURRENT LIABILITY BALANCE: $1,751,888.02
```

| FIN SEQ | FIN CODE | OBG TYPE | REC DATE | PYMT REC BY | PMT FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PYMT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0102 | PMNT | 6A | 19-DEC-2000 | OT/G | Triple Star Amusemen | ILC /1/040 | 1938 | | $2,000.00 | 19-DEC-2000 |
| 0103 | PMNT | 6A | 05-JAN-2001 | CH/C | GARN (7)$650 | ILC /1/046 | 3532 | | $975.00 | 05-JAN-2001 |
| 0104 | PMNT | 6A | 05-JAN-2001 | OT/G | GARNISHMENT/FREEMAN | ILC /1/046 | 252046 | | $56.00 | 05-JAN-2001 |
| 0105 | PMNT | 6A | 12-JAN-2001 | OT/G | G/Triple Star/Furkin | ILC /1/050 | 1997 | | $1,245.59 | 12-JAN-2001 |
| 0106 | PMNT | 6A | 29-JAN-2001 | OT/Y | Michael Bosco/Triple | ILC /1/054 | 13695 | | $67,825.43 | 30-JAN-2001 |
| 0107 | PMNT | 6A | 02-FEB-2001 | OT/G | Deborah Freeman | ILC /1/057 | 259664 | | $55.00 | 02-FEB-2001 |
| 0108 | PMNT | 6A | 13-FEB-2001 | OT/G | Garnishment/Triple S | ILC /1/063 | 2079 | | $1,245.59 | 13-FEB-2001 |
| 0109 | PMNT | 6A | 14-FEB-2001 | OT/G | WECKMAN$6507 | ILC /1/064 | 9574 | | $975.00 | 14-FEB-2001 |
| 0110 | PMNT | 6A | 27-FEB-2001 | OT/G | Freeman/Furkin | ILC /1/070 | 261770 | | $108.00 | 27-FEB-2001 |
| 0111 | PMNT | 6A | 05-MAR-2001 | OT/G | PAISLEY GARNISHMENT | ILC /1/073 | 4341 | | $266.00 | 05-MAR-2001 |
| 0112 | PMNT | 6A | 07-MAR-2001 | OT/G | Triple Star Amusemen | ILC /1/075 | 2156 | | $1,245.59 | 07-MAR-2001 |
| 0113 | PMNT | 6A | 13-MAR-2001 | OT/G | Garn F-$650 | ILC /1/077 | 1092 | | $52.00 | 13-MAR-2001 |
| 0114 | PMNT | 6A | 26-MAR-2001 | OT/G | Deborah Freeman | ILC /1/085 | 264301 | | $108.00 | 26-MAR-2001 |
| 0115 | PMNT | 6A | 08-MAR-2001 | OT/J | BOP OFFSET/FURKIN | ILC /1/— | 247-01-061 | | $50.00 | 03-APR-2001 |
| 0116 | PMNT | 6A | 04-APR-2001 | CH/G | Farley Garn/Furkin | ILC /1/091 | 4465 | | $800.00 | 04-APR-2001 |
| 0117 | PMNT | 6A | 06-APR-2001 | OT/G | Freeman Garn/Furkin | ILC /1/092 | 266054 | | $52.00 | 06-APR-2001 |
| 0118 | PMNT | 6A | 13-APR-2001 | OT/G | Furkin/Triple Star | ILC /1/096 | 2220 | | $1,245.59 | 13-APR-2001 |
| 0119 | PMNT | 6A | 20-APR-2001 | OT/G | Freeman Garniset/Furk | ILC /1/099 | 267812 | | $55.00 | 20-APR-2001 |
| 0120 | PMNT | 6A | 04-MAY-2001 | OT/G | Freeman/Furkin Garn | ILC /1/106 | 269174 | | $54.00 | 04-MAY-2001 |
| 0121 | PMNT | 6A | 04-MAY-2001 | OT/G | Farley/Furkin Garnis | ILC /1/108 | 4465 | | $202.00 | 04-MAY-2001 |
| 0122 | PMNT | 6A | 17-MAY-2001 | OT/G | TRIPLE STAR GARNISHM | ILC /1/115 | 2302 | | $1,245.59 | 17-MAY-2001 |
| 0123 | PMNT | 6A | 21-MAY-2001 | OT/G | Freeman/Garn/Furkin | ILC /1/117 | 27-03B | | $54.00 | 22-MAY-2001 |
| 0124 | PMNT | 6A | 25-MAY-2001 | CH/C | WECKMAN/—$650 | ILC /1/121 | 3717 | | $975.00 | 25-MAY-2001 |
| 0125 | PMNT | 6A | 01-JUN-2001 | OT/G | TripleStar Amusement | ILC /1/124 | 2544 | | $1,245.59 | 01-JUN-2001 |
| 0126 | PMNT | 6A | 12-JUN-2001 | OT/G | Freeman/Furkin Garni | ILC /1/130 | 273566 | | $54.00 | 12-JUN-2001 |
| 0127 | PMNT | 6A | 26-JUN-2001 | OT/G | WECKMAN——650F | ESC /1/137 | 3777 | | $975.00 | 26-JUN-2001 |
| 0128 | PMNT | 6A | 09-JUN-2001 | OT/J | BOP OFFSET/FURKIN | ILC /1/— | 247-01-091 | | $50.00 | 02-JUL-2001 |
| 0129 | PMNT | 6A | 11-JUL-2001 | OT/G | Freeman Garnishment | ILC /1/145 | 276110 | | $108.00 | 11-JUL-2001 |
| 0130 | PMNT | 6A | 11-JUL-2001 | OT/G | Triple Star Amusemen | ILC /1/145 | 2432 | | $1,245.59 | 11-JUL-2001 |
| 0131 | PMNT | 6A | 12-JUL-2001 | OT/G | Harley/Garnishment | ILC /1/145 | 4581 | | $611.08 | 12-JUL-2001 |

DEBTOR: Purkin, John, Howard (Ted)

COURT NUMBER: 94-30014 002                PRIORITY CODE: 03

CURRENT LIABILITY BALANCE: $1,791,888.02

| PYM SEQ | PYM CODE | OCC TYPE | REC DATE | RCPT/ REC BY | REC FROM | DEBOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PYMT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0133 | PMNT | 6A | | | | | | | $30.00 | |
| 0134 | PMNT | 6A | 24-JUL-2001 | CT/Y | WECKMAN 650F | ILC /1/151 | 3826 | | $975.00 | 24-JUL-2001 |
| 0135 | PMNT | 6A | 27-JUL-2001 | CT/G | Freeman Garnishment | ILC /1/153 | 277685 | | $54.00 | 27-JUL-2001 |
| 0136 | PMNT | 6A | 03-AUG-2001 | CT/Y | FS12308.89 | ILC /2/58 | 5856 | | $16,411.85 | 06-AUG-2001 |
| 0137 | PMNT | 6A | 07-AUG-2001 | CT/G | HARLEY GARNISHMENT | ILC /1/159 | 4616 | | $800.00 | 07-AUG-2001 |
| 0138 | PMNT | 6A | 08-AUG-2001 | CT/G | Freeman Garnishment | ILC /1/160 | 278139 | | $54.00 | 08-AUG-2001 |
| 0139 | PMNT | 6A | 10-AUG-2001 | CT/G | Triple Star Amusement | ILC /1/162 | 2481 | | $1,245.59 | 10-AUG-2001 |
| 0140 | PMNT | 6A | 13-AUG-2001 | CT/Y | Weckman 650F | ILC /1/163 | 3856 | | $975.00 | 13-AUG-2001 |
| 0141 | PMNT | 6A | | | | | | | $30.00 | |
| 0142 | PMNT | 6A | 27-AUG-2001 | CT/A | Freeman Garnishment | ILC /1/170 | 280218 | | $55.00 | 28-AUG-2001 |
| 0143 | PMNT | 6A | 05-SEP-2001 | CT/G | WECKMAN -1500F | ILC /1/174 | 1105 | | $1,950.00 | 05-SEP-2001 |
| 0144 | PMNT | 6A | 07-SEP-2001 | CT/G | Farley Garnishment | ILC /1/177 | 4669 | | $800.00 | 07-SEP-2001 |
| 0145 | PMNT | 6A | 12-SEP-2001 | CT/S | Triple Star Amusemen | ILC /1/178 | 2554 | | $1,245.59 | 10-SEP-2001 |
| 0146 | PMNT | 6A | 12-SEP-2001 | CT/J | BOP OFFSET PURKIN | 267 01 12: | | | $50.00 | 01-OCT-2001 |
| 0147 | PMNT | 6A | 10-OCT-2001 | CT/G | Freeman/Gurnishment | ILC /2/205 | 283486 | | $162.00 | 11-OCT-2001 |
| 0148 | PMNT | 6A | 10-OCT-2001 | CT/G | Triple Star Amusemer | ILC /2/205 | 2641 | | $1,245.59 | 11-OCT-2001 |
| 0149 | PMNT | 6A | 10-OCT-2001 | CT/A | Sheila Farley/Garn | ILC /2/205 | 4730 | | $800.00 | ??-OCT-2001 |
| 0150 | PMNT | 6A | 10-OCT-2001 | CT/G | Weckman/7167 | ILC /2/005 | 1144 | | $1,075.00 | 12-OCT 2001 |
| 0151 | PMNT | 6A | | | | | | | $30.00 | |
| 0152 | PMNT | 6A | 23-OCT-2001 | CT/H | 201-3/PURKIN:FREEMAN | | P2?28 | | $54.00 | 25-OCT-200? |
| 0153 | PMNT | 6A | 06 NOV-2001 | CT/A | SURKIN GARV/FREEMAN | | P2227 | | $54.00 | 08-NOV-200? |
| 0154 | PMNT | 6A | 14 NOV 2001 | CT/H | PURKIN HARLEY GARV | | P2278 | | $800.00 | 16-NOV-200? |
| 0155 | PMNT | 6A | 16-NOV 2001 | CT/E | TRIPLE STAR GARN | | P2286 | | $1,245.59 | 16-NOV-2001 |
| 0156 | PMNT | 6A | 19-NOV-2001 | CT/F | FRC C/FREEMAN GARN | | P232? | | $55.00 | 21 NOV 2001 |
| 0157 | PMNT | 6A | 03-DEC-2001 | CT/J | FEC CLK/PURKIN | | P2449 | | $750.00 | 05-DEC-2001 |
| 0163 | PMNT | 6A | 04-DEC-2001 | CT/N | FEC/GARN FREEMAN/PUR | | P2?61 | | $325.00 | 06 DEC 2001 |
| 0165 | PMNT | 6A | | | | | | | $98.3? | |
| 0166 | PMNT | 6A | | | PRO CLK/FREEMAN/PUR | | | | $30.00 | |
| 0167 | PMNT | 6A | 14-DEC-2001 | CT/H | PRO CLK/TRPL STAR | | P2536 | | $1,245.59 | 27-DEC 2001 |
| 0168 | PMNT | 6A | | | | | | | $30.00 | |
| 0169 | PMNT | 6A | | | | | | | | |

RUN DATE: 15-SEP 2006 PAYMENT HISTORY REPORT Report: CZ_QRYG
FOR: 199520033D/002 PAGE: 6 OF 11

DEBTOR: Furkin, John, Howard (Ted)
COURT NUMBER: 94-30014-002
CURRENT LIABILITY BALANCE: $1,791,888.62    PRIORITY CODE: 03

| TXN SEQ | TXN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PYMT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0170 | PMNT | 6A | | | | | | | $50.00 | |
| 0171 | PMNT | 6A | 13-FEB-2002 | OT/A | PRO CLK FARLEY GARN | | P3015 | | $612.00 | 14 FEB 2002 |
| 0173 | PMNT | 6A | | | | | | | $358.34 | |
| 0175 | PMNT | 6A | 22-FEB-2002 | OT/H | PRO CLK/(F)WICKMAN | | P3091 | | $716.66 | 27-FEB-2002 |
| 0176 | PMNT | 6A | 08-MAR-2002 | OT/H | P CLK/YORK PARK/ CA | | P3215 | | $800.00 | 11-MAR-2002 |
| 0177 | PMNT | 6A | 03-APR-2002 | OT/A | PRO CLK/ FARLEY GARN | | P3415 | | $800.00 | 05-APR-2002 |
| 0179 | PMNT | 6A | 11-APR-2002 | OT/A | PRO CLK BOP/FURKIN | | P3483 | | $50.00 | 16-APR-2002 |
| 0180 | PMNT | 6A | 23-APR-2002 | OT/A | APPLD CLK | | 21839 | | $48,228.87 | 29 AUG 2002 |
| 0183 | PMNT | 6A | 09-MAY-2002 | OT/H | PRO CLK/FARLEY GARN | | P3747 | | $800.00 | 10 MAY 2002 |
| 0184 | PMNT | 6A | | | | | | | $25.00 | |
| 0186 | PMNT | 6A | | | | | | | $25.00 | |
| 0187 | PMNT | 6A | 19-JUN-2002 | OT/E | PRO CLK/TRPL STAR | | 14086 | | $1,055.00 | 20-JUN-2002 |
| 0188 | PMNT | 6A | 20 JUN 2002 | OT/A | PRO CLK/ TRPL STAR | | P4092 | | $4,473.52 | 24-JUN-2002 |
| 0189 | PMNT | 6A | 11 JUL 2002 | OT/H | PRO CLK GARN TRIPLE | | P4272 | | $745.59 | 12-JUL-2002 |
| 0190 | PMNT | 6A | 18-JUL-2002 | OT/A | PRO CLK BOP/FURKIN | | P4345 | | $69.00 | 23 JUL 2002 |
| 0191 | PMNT | 6A | | | | | | | $25.00 | |
| 0192 | PMNT | 6A | 14-AUG-2002 | OT/A | PRO CLK | | 14561 | | $745.59 | 16-AUG-2002 |
| 0196 | PMNT | 6A | | | | | | | $25.50 | |
| 0197 | PMNT | 6A | | | | | | | $745.59 | 16-SEP-2002 |
| 0198 | PMNT | 6A | 12-SEP 2002 | OT/A | PRO CLK/TRPL STAR | | P4805 | | $745.59 | 16-SEP-2002 |
| 0199 | PMNT | 6A | 12-SEP 2002 | OT/A | CLK BOP/FURKIN | | P5040 | | $50.00 | 11-OCT-2002 |
| 0200 | PMNT | 6A | | | | | | | $25.00 | |
| 02C1 | PMNT | 6A | 10-OCT-2002 | OT/H | TRIPLE STAR GARN | | P5062 | | $745.59 | 17-OCT-2002 |
| 02C2 | PMNT | 6A | | | | | | | $25.00 | |
| 0203 | PMNT | 6A | 13 NOV 2002 | OT/A | FURKIN/TRPL STAR GAR | | P5300 | | $745.59 | 14-NOV-2002 |
| 0204 | PMNT | 6A | | | | | | | $25.00 | |
| 0205 | PMNT | 6A | 11-DEC-2002 | OT/A | FURKIN/TRPS STAR | | P5532 | | $745.59 | 12 DEC 2002 |
| 0206 | PMNT | 6A | 11-DEC-2002 | OT/A | BOP/ FURKIN 1-13-03 | | P5773 | | $25.00 | 31-JAN 2003 |
| 0207 | PMNT | 6A | | | | | | | $25.00 | |
| 0208 | PMNT | 6A | | | | | | | $25.00 | |

RUN DATE: 19-SEP-2006

PAYMENT HISTORY REPORT

Report: CR_QRY2
Page: 7 OF 11

FCR: 1995R00339/002

PRIORITY CODE: 03

DEBTOR: Purkin, Joint, Howard (Ted)
COURT NUMBER: 94 30014 002
CURRENT LIABILITY BALANCE: $1,751,888.02

| PYN SEQ | PYN CODE | COL TYPE | REC DATE | FORM/REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0209 | PMNT | 6A | 20-FEB-2003 | OT/A | TRPL STAR/PURKIN | | P5073 | | $745.59 | 21-FEB-2003 |
| 0210 | PMNT | 6A | 12-MAR-2003 | OT/A | PRO CLK/ TRPL STAR | | P6250 | | $25.00 | 14-MAR-2003 |
| 0211 | PMNT | 6A | 10-MAR-2003 | OT/A | POP 4-14-03/ PURKIN | | P6517 | | $745.59 | 21-APR-2003 |
| 0212 | PMNT | 6A | 16-APR-2003 | OT/A | TRPL STAR | | P6536 | | $25.00 | 24-APR-2003 |
| 0213 | PMNT | 6A | | | | | | | $745.59 | |
| 0214 | PMNT | 6A | | | | | | | $25.00 | |
| 0217 | PMNT | 6A | | | | | | | $745.59 | |
| 0218 | PMNT | 6A | 14-MAY-2003 | OT/II | PURKIN/ TRPL STAR | | P6756 | | $745.59 | 20-MAY-2003 |
| 0219 | PMNT | 6A | 03-JUN-2003 | OT/A | PURKIN SALE OF PROP | 268999 | | $23,066.02 | 04-JUN-2003 |
| 0220 | PMNT | 6A | 18-JUN-2003 | OT/H | TRPL STAR GRBN | | P7041 | | $25.00 | 19-JUN-2003 |
| 0221 | PMNT | 6A | 11-JUN-2003 | OT/A | CLK BOP/ PURKIN | | P7172 | | $745.59 | 09-JUL-2003 |
| 0223 | PMNT | 6A | 16-JUL-2003 | CL/A | PURKIN/ TRPL STAR | | P7269 | | $25.00 | 16-JUL-2003 |
| 0228 | PMNT | 6A | 21-AUG-2003 | OT/II | PRO CLK/ TRPL STAR | | P7567 | | $745.59 | 27-AUG-2003 |
| 0229 | PMNT | 6A | 16-OCT-2003 | OT/A | PRO CLK-TRIPLE STAR | | P8038 | | $745.59 | 17-OCT-2003 |
| 0232 | PMNT | 6A | 12-SEP-2003 | OT/A | CLK BOP/ PURKIN | | P7906 | | $25.00 | 17-OCT-2003 |
| 0231 | PMNT | 6A | 02-OCT-2003 | OT/E | PRO CLK/ TRPL STR | | P7901 | | $745.59 | 03-OCT-2003 |
| 0234 | PMNT | 6A | 20-NOV-2003 | OT/A | PRO CLK/ TRPL STAR | | P8152 | | $745.59 | 21-NOV-2003 |
| 0235 | PMNT | 6A | | | | | | | $25.00 | |
| 0236 | PMNT | 6A | 17-DEC-2003 | OT/II | PURKIN TRPL STAR | | P8573 | | $745.59 | 18-DEC-2003 |
| 0237 | PMNT | 6A | 11-DEC-2003 | CL/A | BIX BOP/ PURKIN | 141074 | | $25.00 | 15-JAN-2004 |
| 0238 | PMNT | 6A | 15-JAN-2004 | OT/II | PRO CLK/ TRPL STAR | | P8799 | | $745.59 | 16-JAN-2004 |
| 0240 | PMNT | 6A | | | | | | | $25.00 | |
| 0241 | PMNT | 6A | 18-FEB-2004 | OT/E | PURKIN TRPL STAR | | P9078 | | $745.59 | 19-FEB-2004 |
| 0243 | PMNT | 6A | | | | | | | $25.00 | |
| 0244 | PMNT | 6A | 17-MAR-2004 | CC/H | PLK TRIPLE STAR | | P9314 | | $745.59 | 19-MAR-2004 |

RUN DATE: 15-SEP-2006

PAYMENT HISTORY REPORT

Report: CZ_ORIG
PAGE: 8 OF 11

FOR: 1995200335/002

DEBTOR: Furkin, Joint, Howard (Ted)
COURT NUMBER: 94-30014-002
CURRENT LIABILITY BALANCE: $1,791,888.02

PRIORITY CODE: 03

| FIN SEQ | FIN CODE | TRAN TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0247 | PMNT | 6A | 14-MAR-2004 | CL/A | CLK BOP/ FURKIN | | 141003 | | $25.00 | 15 APR 2004 |
| 0249 | PMNT | 6A | 16-APR-2004 | GC/H | PCLK TRIPLE STAR | | 95538 | | $745.59 | 20-APR-2004 |
| 0251 | PMNT | 6A | 14 APR 2004 | CL/A | CLK BOP/ FURKIN | | 144087 | | $25.00 | 10-MAY-2004 |
| 0252 | PMNT | 6A | | | | | | | $25.00 | |
| 0254 | PMNT | 6A | 10-MAY 2004 | GC/H | PCLK/TRIPLESTAR FURK | | P9804 | | $745.59 | 20 MAY 2004 |
| 0256 | PMNT | 6A | 14-MAY 2004 | CL/A | CLK BOP/ FURKIN | | 144090 | | $25.00 | 08 JUN 2004 |
| 0257 | PMNT | 6A | 23-JUN-2004 | GC/H | TRPL STAR GARN | | T1099 | | $745.59 | 24-JUN-2004 |
| 0258 | PMNT | 6A | 14-JUN-2004 | CL/A | CLK BOP/ FURKIN | | 144094 | | $25.00 | 15-JUL-2004 |
| 0261 | PMNT | 6A | 19-JUL-2004 | GC/H | TRPL STAR/ FURKIN | | P10225 | | $745.59 | 20-JUL-2004 |
| 0263 | PMNT | 6A | | | | | | | $25.00 | |
| 0265 | PMNT | 6A | 18 AUG 2004 | GC/H | PCLK 3STAR FURKIN | | P10577 | | $745.59 | 20-AUG-2004 |
| 0266 | PMNT | 6A | 15-SEP-2004 | GC/H | PRO CLK/ TRPL STAR | | P10789 | | $745.59 | 16 SEP 2004 |
| 0268 | PMNT | 6A | 14-OCT-2004 | GC/H | PCLK GARN 3STAR FURK | | P11068 | | $745.59 | 15-OCT-2004 |
| 0269 | PMNT | 5A | 18-NOV-2004 | GC/H | PCLK TRIPLE STAR | | P11311 | | $745.59 | 19-NOV-2004 |
| 0272 | PMNT | 6A | 09-DEC 2004 | GC/H | PCLK GARN TRIPLE STA | | P11455 | | $85.00 | 13 DEC-2004 |
| 0273 | PMNT | 6A | 21-JAN-2005 | GC/H | PRO CLK/ TRPL STR | | P11771 | | $745.59 | 24-JAN 2005 |
| 0275 | PMNT | 6A | 24-JAN-2005 | CL/A | SUP CTR/ FURKIN | | 85792 | | $25.00 | 31-JAN-2005 |
| 0276 | PMNT | 6A | | | | | | | $45.00 | |
| 0278 | PMNT | 6A | 17-MAR-2005 | GC/H | TRPL STAR GRN | | P12260 | | $745.59 | 21 MAR 2005 |
| 0279 | PMNT | 6A | | | | | | | $50.00 | |
| 0280 | PMNT | 6A | 20-APR-2005 | GC/H | TRPL STAR GARN | | P12542 | | $745.59 | 21-APR-2005 |
| 0282 | PMNT | 6A | | | | | | | $50.00 | |
| 0286 | PMNT | 6A | | | | | | | $50.00 | |
| 0288 | PMNT | 6A | | | | | | | $50.00 | |
| 0289 | PMNT | 6A | 18-MAY-2005 | GC/H | TRPL STAR GARN | | P12771 | | $745.59 | 19-MAY-2005 |

```
RUN DATE: 15-SEP 2006                                      PAYMENT HISTORY REPORT                                Report: 02_QRYC
                                                           FOR: 1995200355/002                                   PAGE: 9 OF 11

                                                           DEBTOR: Furkin, Joint, Poward (Tec)
                                                           COURT NUMBER: 94-30014-002                            PRIORITY CODE: 03
                                                           CURRENT LIABILITY BALANCE: $1,791,888.02

PIN    PIN    CCT.   REC          FORM/   REC              DEPOSIT   CHECK              BOP                      PMNT AMT    POST
SEQ    CODE   TYPE   DATE         REC DT  FROM             NO.       NO.                DEPOSIT NO.                          DATE
----   ----   ----   ----------   ------  -----------      -------   --------           -----------              ---------   -----------
0292   PMNT   6A     13-JUN-2005  CL/A    SPR CLK/ FURKIN            S6307                                       $50.00      15-JUN-2005
0294   PMNT   6A     15-JUN-2005  GC/H    UNK, 6*3R/ GARN            P14021                                      $125.00     16-JUN-2005
0295   PMNT   6A     20-JUL-2005  GC/H    TRIPLE STAR GARN           PJ3320                                      $745.59     22-JUL-2005
0256   PMNT   6A     ██-███-2005  ██████  ███ ████ ███████           ██████                                      $80.00      ██-███-2005
0297   PMNT   6A     08 AUG 2005  CL/A    SPR CLK/ FURKIN            S6535                                       $125.00     12-AUG-2005
0299   PMNT   6A     19 AUG 2005  CL/A    PEO CLK                    P13570                                      $745.59     22-AUG-2005
0300   PMNT   6A     ██-███-████  ██████  ███ ████ ████████          ██████                                      $50.00      ██-███-████
0301   PMNT   6A     14-SEP-2005  GC/H    TRPL STAR GARN             P13765                                      $745.59     15-SEP-2005
0303   PMNT   6A     26-SEP-2005  CL/A    SPR CLK/ FURKIN            S6733                                       $125.00     29-SEP-2005
0304   PMNT   6A     ██-███-████  ██████  ███ ██████ ██████          ██████                                      $80.00      ██-███-████
0305   PMNT   6A     11-OCT-2005  CL/A    SCLK FURKIN                S6788                                       $125.00     13-OCT-2005
0307   PMNT   6A     13 OCT-2005  CL/A    FCK GARN/&HMKN?            P24024                                      $745.59     17-OCT-2005
0308   PMNT   6A     ██-███-████  ██████  ███ ██████ ████████        ██████                                      $80.00      ██-███-████
0309   PMNT   6A     10-NOV 2005  GC/H    PCLK TRIPLE STAR           P14253                                      $745.59     15-NOV-2005
0311   PMNT   6A     14-NOV-2005  CL/A    SCLK FURKIN                S6919                                       $125.00     16 NOV-2005
0312   PMNT   6A     07-DEC-2005  GC/H    PCLK TRIPLE STAR           P14473                                      $745.59     09 DEC 2005
0313   PMNT   6A     ██-███-████  ██████  ███ ████ ████████          ██████                                      $80.00      ██-███-████
0314   PMNT   6A     16-DEC-2005  CL/A    SCLK                       S7056                                       $125.00     15-DEC-2005
0316   PMNT   6A     ██-███-████  ██████  ███ ████ ████████          ██████                                      $80.00      ██-███-████
0317   PMNT   6A     13-FEB-2006  CL/A    SCLK                       S7138                                       $125.00     12-JAN-2006
0319   PMNT   6A     10-JAN 2006  CL/A    SCLK                       S7399                                       $125.00     13-JAN-2006
0320   PMNT   6A     11-JAN 2006  GC/H    PCK TRIPLE STAR            P14773                                      $745.59     13-JAN-2006
0321   PMNT   6A     08-FEB-2006  GC/F    PCLK TRIPLE STAR           P15226                                      $745.59     09 FEB 2006
0322   PMNT   5A     13-FEB-2006  CL/A    SCLK                       S7285                                       $125.00     15-FEB-2006
0323   PMNT   6A     16 MAR 2006  ██████  ████ ██████                S15340                                      $80.00      17-MAR-2006
0325   PMNT   6A     16-MAR-2006  CL/A    SCLK                       S7399                                       $125.00     20-MAR-2006
0326   PMNT   6A     12-APR-2006  GC/H    TRIPLE STAR                P15590                                      $745.59     14 APR 2006
0327   PMNT   6A     18-APR-2006  CL/A    SCLK FURKIN                S7485                                       $125.00     21-APR 2006
0328   PMNT   6A     10-MAY-2006  CL/A    SCLK FURKIN                S7572                                       $125.00     11-MAY 2006
0329   PMNT   6A     12-MAY-2006  GC/H    PCLK 3STAR                 P15873                                      $745.59     16-MAY-2006
```

RUN DATE: 15-SEP-2006

PAYMENT HISTORY REPORT

Reporter: CZ_GRVG
14:34: 10 07 11

FOR: 1995X00339/002

PRIORITY CODE: 03

DEBTOR: Purkin, Joint, Howard (Ted)

COURT NUMBER: 94-30014-002

CURRENT LIABILITY BALANCE: $1,791,855.02

| PIN SEQ | PIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PYMT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0330 | PMNT | 6A | 12-JUN-2006 | CL/A | SCLK PURKIN | | 87695 | | $125.00 | 15-JUN-2006 |
| 0331 | PMNT | 6A | 15-JUN-2006 | GC/H | PCLK TRIPLE STAR | | P16128 | | $745.59 | 16-JUN-2006 |
| 0332 | PMNT | 6A | 14-JUL-2006 | CL/A | SCLK PURKIN | | 87891 | | $125.00 | 18-JUL-2006 |
| 0333 | PMNT | 6A | 17-JUL-2006 | GC/H | PCLK TRIPLESTAR | | P16450 | | $745.59 | 18-JUL-2006 |
| 0334 | PMNT | 6A | 09-AUG-2006 | GC/H | PCLK 35STAR | | F16658 | | $745.59 | 10-AUG-2006 |
| 0335 | PMNT | 6A | 10-AUG-2006 | CL/A | SCLK PURKIN | | 87913 | | $125.00 | 11-AUG-2006 |
| 0336 | PMNT | 6A | 18-FEB-2005 | CC/H | PCLK 3STAR PURKIN | | P-2022 | | $745.59 | 15 SEP 2006 |
| 0338 | PMNT | 6A | 12-JUL-2005 | CL/A | SCLK PURKIN | | 86414 | | $125.00 | 15-SEP 2006 |
| 0341 | PMNT | 6A | 14-SEP-2006 | GC/H | PCLK 3STAR PURKIN | | P16949 | | $745.59 | 15-SEP-2006 |
| 0343 | PMNT | 6A | 14-SEP-2006 | CL/A | SCLK PURKIN | | 88025 | | $125.00 | 15-SEP-2006 |

Total Payments for Debtor: $357,469.98