UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   94-30014-002 |
| vs. ) | |
| ) | |
| HOWARD (TED) FURKIN ) | |
| ) | |
| Defendant, ) | |

## MOTION FOR AMENDMENT OF SUPERVISED RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Howard (Ted) Furkin pro se, Defendant in the above entitled and numbered case and files Defendant's Motion for Amendment of Supervised Release and states the following:

1. The Federal Bureau of Prisons released Mr. Furkin on December 31, 2004 to Supervised Release, for the term of thirty-six months.
2. In the past eighteen months or so, Mr. Furkin has traveled for employment purposes throughout the United States.
3. Mr. Furkin submitted the required forms "Request for Travel" and received authorization each and every time to leave the State of Arizona.
4. During his incarceration he was transferred several times to different facilities. He was taken to a Greyhound Bus station, given money and/or a ticket and traveled by his self to said new facility.
5. Several times Mr. Furkin has received short notice for work related travel, not allowing enough time for the ten (10) day notice needed by the US Probation Office, causing a hardship on the company Mr. Furkin is employed by.
6. By amending the supervised release, so that Mr. Furkin can travel within the United States without written authorization would not only safeguard his employment; but also save time and money for the government.

Dated this 20 day of Sept, 2006

*[signature]*

Howard Furkin, Plaintiff Pro Se

5808 E. Brown Rd., #15

Mesa, AZ  85205


Telephone:  (480) 747-1305

## CERTIFICATE OF SERVICE

I, Howard Furkin hereby certify that on this 22 day of September 2006, I served the following papers:

Defendant Howard Furkin's Motion for Amendment of Supervised Release

On:

1. Elizabeth L. Collins
   318 South 6th Street
   Springfield, ILL  62701

By first class mail postage prepaid.

*Howard Furkin*

1