E-FILED
Monday, 16 October, 2006  02:48:12 PM
Clerk, U.S. District Court, ILCD

STATE OF ARIZONA         )
COUNTY OF MARICOPA       )

### AFFIDAVIT OF HOWARD FURKIN

HOWARD (TED) FURKIN, being first duly sworn under oath, deposes and states as follows:

1. I am the Defendant in the matter of United States of America v. Furkin in a Garnishment Request by the US Attorney, Case #94-30014-002, 00-20067.

2. Pyramid Technologies, Inc., Mesa, Arizona, currently employs me, in a sales position.

3. My net salary is $1,178.19 paid semi-monthly (1st and 15th)
   - I receive reimbursement of all business expenditures, including car allowance.

4. On December 31, 2004 I under went quadruple bypass surgery.
   - I believed this was paid by the State of Arizona (Welfare) as I was still under the supervision of the Federal Bureau of Prisons and unemployed at the time.

5. On or about March 15, 2006 I had to have a Stint placed in one of the arteries previously replaced during the bypass surgery.
   - The medical bills exceeded $31,000.00
   - Medicare paid $11,000.00
   - I have been able to pay only $900.00 on this account to date

6. I now have to wear special glasses to align the eyes (very expensive) because my right dropped due to lack of oxygen to the eye muscles during the open-heart surgery.
   - Currently I have only one pair of glasses and in need of a 2nd pair as backup (if glasses lost or broken I cannot drive or work) and I need sun glasses due to the intensity of the AZ sun.
   - I cannot purchase either of them due to lack of funds.

7. At present I'm being treated for severe angina.
   - Attacks occur on a daily basis.

8. I have a hernia located in my groin. Surgery has been recommended.
   - I have not scheduled surgery due to the lack of funds.

9. My doctor has referred me to a Gastroenterology, as he has diagnosed colony, H/o polyps.
   - I have not yet scheduled the Colonostcopy procedure due to the lack of funds.

10. I have Dental Implants that received no care for the ten (10) years of my incarceration. It was imperative that they were replaced.
    - My Grandson advanced the funds in the amount of $4,500.00 and I still owe him for this.

11. In addition to all of my normal expenditures, I received statements for the following outstanding bills (see attached):
    - Geico---Auto Insurance, $559.20
    - Sonora Quest Laboratories, $630.91
    - Harvard Collection Services, Inc. (Illinois Department of Revenue, Exhibit), $18,289.21

12. At this time I pay $125.00 per month towards my restitution

13. I drive a 2000 Plymouth Neon valued at $4,000.00 of which I owe approximately $3,500.00, and make payments of $228.00 per month.

14. Attached is a recap of my estimated monthly expenditures and net monthly income.

FURTHER AFFIDANT SAYETH NAUGHT

Howard (Ted) Furkin

SUBSCRIBED AND SWORN

To me this 2 / day of September 2006, personally appeared Howard (Ted) Furkin.

Notary Public

Expires on:



Howard (Ted) Furkin
Monthly Estimated Expenses
Monthly Net Income

| Description | Monthly Estimated Expenses | | | | |
|---|---|---|---|---|---|
| Rent | 800 | | | | |
| Food | 200 | | | | |
| Sundries/Toiletries | 50 | | | | |
| Telephone | 65 | | | | |
| Auto Payments | 228 | | | | |
| Auto Expense | 145 | | | | |
| Auto Insurance | 93 | | | | |
| Dues & Subscriptions | 52 | | | | |
| Clothing | 80 | | | | |
| Grooming | 40 | | | | |
| Medical | 200 | | | | |
| Dental | 100 | | | | |
| Postage | 10 | | | | |
| Drycleaners | 80 | | | | |
| Home Office Supplies | 25 | | | | |
| Legal (US Court) | 125 | | | | |
| Gifts/Entertainment | 25 | | | | |
| | | | | | |
| Estimated Monthly Expenses | 2318 | | | | |
| | | | | | |
| Net Monthly Income | 2358 | | | | |
| | 40 | Balance to leave Checking account open and save for future medical expenses. | | | |

# GEICO

GEICO General Insurance Company

BILL

**Policy Number & Period**

Policy # 4025-12-99-19
Oct-14-06      to Apr-14-07

GEICO CUSTOMER SERVICE CONTACTS

Billing Payment Options:
  Mail
  Internet: Visit geico.com
  Direct Pay (EFT): To enroll, see below.
  Phone Pay: To pay with a check over
  the phone, call 1-800-932-8872.

Policy Changes: Visit geico.com or call
1-800-841-3000

**Billing Activity**

| Activity Date & Description | Amount |
|---|---|
| BALANCE FROM PREVIOUS POLICY TERM | $ 559.20 |
| Apr-11-Payment Received - Thank You | $ -559.20 |
| Sep-07-Policy Renewal | $ 559.20 |
| CURRENT BALANCE AS OF Sep-08-06 | $ 559.20 |

**Payment Schedule**

| Due | Amount |
|---|---|
| Oct-14-06 | $ 559.20 |

It's easy to pay your future bill(s) with our Direct Pay program. To enroll in Direct Pay (Electronic Funds Transfer (EFT), which automatically debits your checking account), please read and sign the Authorization Agreement on the stub portion below. **(Your Signature is required to enroll in Direct Pay.)** ONLY SIGN BELOW IF YOU **WANT** TO ENROLL IN DIRECT PAY (ELECTRONIC FUNDS TRANSFER).

The banking information on your <u>enclosed check</u> will be used to process your request. <u>Your next scheduled payment will be the first payment to be automatically withdrawn.</u>

When enrolling in Direct Pay, you authorize GEICO to initiate automatic debits for future premium payments to the checking account used to make this payment, and you authorize your financial institution to debit your account for these payments. You acknowledge that changes to your policy or rate structure may change the amount debited. Three (3) business days are required to deactivate Direct Pay.

Please detach and return the portion below with your payment made payable to GEICO in the enclosed envelope.

**AUTHORIZATION AGREEMENT FOR DIRECT PAY (ELECTRONIC FUNDS TRANSFER):** I hereby authorize GEICO to initiate automatic debits for future premium payments to the checking account used to make this payment, and I authorize my financial institution to debit my account for these payments. I acknowledge that changes to my policy or rate structure may change the amount debited.

To Enroll in Direct Pay - Sign Here _____

| Policy Number: | 4025-12-99-19 |
|---|---|
| Issue Date: | Sep-08-06 |
| Current Balance: | $ 559.20 |
| **Due Date:** | **Oct-14-06** |

**Minimum Amount Due**

**$559.20**

HOWARD C FURKIN
5808 E BROWN RD APT 15
MESA AZ  85205-4438

ONE GEICO PLAZA
Bethesda, MD  20810-0001

4025129919  0628799100233  00559203  00559203

U-31-DPB (1) (9-05)

**PRIORITY MESSAGE**

N. Elston Avenue
Chicago, IL 60630-2534

August 29, 2006
PERSONAL & CONFIDENTIAL
9928845

|||||||||||||||||||||||||||||||
0002346   0007 0000                            9928845

Harold C Furkin
5808 E Brown Rd Apt 15
Mesa, AZ 85205-4438

**Harvard Collection Services, Inc.**
4839 N. Elston Avenue
Chicago, IL 60630-2534
Revenue Unit 800-265-4764

**ACCOUNT IDENTIFICATION**

| Creditor | : Illinois Department Of Revenue |
|---|---|
| Post/Tax Year | : FURK/12/89 |
| Tax ID # | : 325300668 2 |
| Social Security # | : 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 |
| Identification # | : 9928845 |
| Amount Owed | : $18289.21 |

### ***ACT NOW***

Your account is scheduled to be returned to our client with a recommendation for further action unless payment is received. Contact this office immediately to arrange for payment of your account. You liability consists of the following:

| Tax Amount | : $4775.00 |
|---|---|
| Penalty | : $4669.54 |
| Interest | : $6068.62 |
| Collection Fee | : $2776.05 |
| **Total Due as of August 29, 2006** | **: $18289.21** |

Call our office today for current balance and to arrange payment in full; interest and penalty accrue.

### PLEASE CALL INCOME TAX UNIT (800) 265-4764

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Sending an eligible check for payment to us is deemed sufficient authorization to complete the payment by electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank.

HCS019/R 1.0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and Return with Payment
Enter the requested information in the spaces provided below:

**To pay by credit card, please complete the information below:**

Check one:   ☐ Visa    ☐ MasterCard

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐ ☐☐

Payment Amount: _____

Signature: _____

Enclosing this notice with your payment will expedite credit to your account.

Make checks payable and send to
Harvard Collection Services, Inc.

| Creditor | : Illinois Department Of Revenue |
|---|---|
| Post/Tax Year | : FURK/12/89 |
| Tax ID # | : 325300668 2 |
| Social Security # | : 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 |
| Identification # | : 9928845 |
| Amount Owed | : $18289.21 |

HARVARD COLLECTION SERVICES INC
4839 N ELSTON AVENUE
CHICAGO, IL  60630-2534

|||||||||||||||||||||||||||||||||||

IIT5




2003 Recipient    1453

Page 1

# Laboratory Invoice
For services not included in your physician's bill.

| | |
|---|---|
| Invoice Number | 025073955 |
| Lab Code | PHX |

G36096   PHX 025073955
FURKIN,HOWARD
5808 E BROWN RD
MESA, AZ 85205-4437

**Important Notice**
Blue Cross/Blue Shield coverage was denied due to a pre-existing condition. This balance is now your responsibility to pay. Your prompt payment is appreciated. Thank you.

| LABORATORY SERVICE | CPT CODE / DATE RECEIVED | AMOUNT |
|---|---|---|
| BLOOD COLLECTION FEE | 36415 | $10.95 |
| COMPREHENSIVE METABOLIC PNL | 80053 | $31.76 |
| LIPID PANEL | 80061 | $69.93 |
| UROGRAM | 81003 | $24.09 |
| MICROALBUMIN,URINE,RANDOM | 82043 | $68.82 |
| HEMOGLOBIN A1C | 83036 | $70.40 |
| PSA (SCREENING) | 84153 | $99.75 |
| TESTOSTERONE,FREE | 84402 | $181.03 |
| TESTOSTERONE, TOTAL,SERUM | 84403 | $46.67 |
| CBC W/DIFF,W/PLAT | 85025 | $27.51 |

| | |
|---|---|
| Patient Name | FURKIN,HOWARD |
| **Date of Service** | July 14, 2006 |
| Amount Due | $630.91 |
| Payment Due Date | 09/20/2006 |
| Responsible Party | FURKIN,HOWARD |
| Requested by: | DEMKO, MICHAEL |
| Invoice Date | August 31, 2006 |

If you have Medicare, Railroad Medicare or Medicaid as your primary or secondary insurance, please send us the information - see reverse side

For billing inquiries or to pay by phone:
Please have your invoice available for reference
Weekdays 8AM - 5PM
1-800-853-4288
Fax: 1-602-685-5903

Se Habla Español

| | |
|---|---|
| PATIENT AMOUNT DUE | $630.91 |

ICD-9 Codes: 414.00  600.00  250.02
Tax ID # 86-0872873
Sevices Performed by: SONORA QUEST LABORATORIES, TEMPE, AZ
Sevices Performed by: QUEST DIAG.NICHOLS/SAN JUAN CA, SAN JUAN CAPO, CA

The CPT codes provided are based on AMA guidelines and without regard to specific payor requirements.

▼ Please fold and tear payment coupon along perforation and remit with payment in the envelope provided ▼



## Payment Coupon

Please make check payable to: Sonora Quest Laboratories, LLC. Please include invoice number on your check. Sonora Quest Laboratories, LLC also accepts MasterCard, Visa, Discover & American Express. Please complete credit card information on reverse.

| Amount Due | $630.91 | |
|---|---|---|
| Payment Due Date | 09/20/2006 | |
| Invoice Number  025073955 | | Lab Code PHX |
| Patient Name   FURKIN,HOWARD | | |
| Amount Enclosed | | |

MAIL PAYMENTS ONLY TO:

SONORA QUEST LABORATORIES
PO BOX 78162
PHOENIX AZ 85062-8162

☐ Check here if address has changed.  Indicate change on back.

01PHX0801002507395500063091808310852850723040000009