E-FILED
Wednesday, 25 October, 2006  04:36:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 94-30014 |
| v. | ) | |
| | ) | |
| HOWARD (TED) FURKIN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S OPPOSITION TO MOTION
FOR AMENDMENT OF SUPERVISED RELEASE**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, states that it opposes the defendant's Motion for Amendment of Supervised Release for the following reasons:

1. The government contacted the defendant's supervising Probation Office in Phoenix, Arizona and advised that office of the defendant's request for modification of his conditions of supervised release.

2. That Probation Office was opposed to the amendment because allowing the defendant unrestricted travel anywhere in the United States without prior notification to the Probation Office would make it very difficult to supervise the defendant. In addition, the Probation Office in Phoenix indicated that it was not aware of any substantial problems that have occurred in the past concerning the defendant having to notify the office and get prior approval when he wanted to travel out of state. In the past, the Probation Office has allowed the defendant to travel with

less than 10 days prior notice.

      WHEREFORE, the government asks this Court to deny the defendant's Motion

State of Arizona.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing **Government's Opposition to Motion for Amendment of Supervised Release** has been served upon the following individual by mailing a copy thereof to:

        Howard Furkin
        5808 East Brown Rd., #15
        Mesa, AZ 85205

October 25, 2006        _____
                                      Legal Secretary