## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )   | |
| Plaintiff,    ) | |
| )   | |
| v.    ) | NO. 94-30014-002 |
| )   | |
| HOWARD (TED) FURKIN,    ) | |
| and DAVID J. LANZOTTI,    ) | |
| )   | |
| Defendants,    ) | |
| )   | |
| PYRAMID TECHNOLOGIES, INC.,    ) | |
| )   | |
| Garnishee.    ) | |

### RESPONSE TO OBJECTION TO GARNISHMENT

Now comes the United States and responds as follows to the Defendant's Objection to Garnishment:

1. The Defendant objects to garnishment because he claims that "his income barely covers his expenses."

2. According to the Defendant, he nets $2,356.28 a month and has expenses of $2,318 a month.

3. The Federal Debt Collection Procedures Act provides for garnishment of nonexempt earnings, which are the lower of 25% of disposable earnings (gross pay minus legally required deductibles) or the amount by which the weekly disposable earnings are earnings are thirty times the hourly minimum wage. 28 U.S.C. §§ 3205(a) & 3002(9) and 15 U.S.C. §1673(a).

4. The Defendant is currently making payments of $125 a month, therefore, the garnishment would be an increase of $454 a month.

2

     5. The Defendant claims he pays his daughter $800 a month rent. He has provided no proof that he actually pays this amount monthly to his daughter; and it certainly seems like a high rental payment to be paying to live with a family member.

     6. It appears that if the Defendant only paid $400 a month rent he could pay the extra $454.

     7. The Defendant owes substantial restitution of $1,791,763.02 as of October 10, 2006.

     8. The criminal judgment set an installment payment schedule of $1,779.33 a month.

     WHEREFORE, the United States requests that the Court grant the wage garnishment of 25% of the Defendant's net disposable income.

                                           Respectfully submitted,

                                           RODGER A. HEATON
                                           UNITED STATES ATTORNEY

DATE: October 30, 2006

                                           s/Elizabeth L. Collins
                                           Elizabeth L. Collins, Bar No. 487864
                                           Attorney for the Plaintiff
                                           United States Attorney's Office
                                           318 S. 6th Street
                                           Springfield, Illinois 62701
                                           Tel: 217-492-4450
                                           Fax: 217-492-4888
                                           E-mail: Beth.Collins@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **Response**, has been made by placing in the United States mail, postage prepaid, addressed to:

>Howard (Ted) Furkin
>5808 E. Brown #15
>
>United States Probation Office
>Attn: USPO Scott Reardon
>401 W. Washington, St., Suite 160
>Phoenix, AZ 85003-2146

DATE: October 30, 2006

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov