UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 94-30014-002 |
| | ) | |
| HOWARD (TED) FURKIN, | ) | |
| and DAVID J. LANZOTTI, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| PYRAMID TECHNOLOGIES, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the **Response to Objection to Garnishment Doc No. 994**, has been made by placing in the United States mail, postage prepaid, addressed to:

>Howard (Ted) Furkin
>5808 E. Brown #15
>Mesa, AZ 85205

>United States Probation Office
>Attn: USPO Scott Reardon
>401 W. Washington, St., Suite 160
>Phoenix, AZ 85003-2146

>Respectfully submitted,

>RODGER A. HEATON
>UNITED STATES ATTORNEY

DATE:  October 30, 2006

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov