UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>Plaintiff,                   )<br>                             )     No.   94-30014-002<br>vs.                          )<br>                             )<br>HOWARD (TED) FURKIN          )<br>                             )<br>Defendant,                   ) | |

## MOTION FOR INTERNATIONAL TRAVEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Howard (Ted) Furkin pro se, Defendant in the above entitled and numbered case and files Defendant's Motion for International Travel and states the following:

1. Mr. Furkin has been instructed by his employer to request permission to travel to London, England for employment purposes.
2. Mr. Furkin would need to leave the United States on or about January 20, 2007; and would be returning on or about January 27, 2007. Actual dates can not be confirmed until airline tickets purchase. Time is of the essence.
3. Mr. Furkin's Probation Officer previously authorized travel to Mexico for employment purposes, but can not authorize travel to London without Courts permission.
4. In the past eighteen months or so, Mr. Furkin has traveled extensively for employment purposes and has complied with all requirements set by his Probation Officer.

Dated this 13TH day of NOVEMBER, 2006

_(signature)_

Howard Furkin, Plaintiff Pro Se
5808 E. Brown Rd., #15
Mesa, AZ 85205
Telephone: (480) 747-1305

### CERTIFICATE OF SERVICE

I, Howard Furkin hereby certify that on this 13TH day of November 2006, I served the following papers:

Defendant Howard Furkin's Motion for International Travel

On:

1. Elizabeth L. Collins
   318 South 6th Street
   Springfield, ILL 62701

By first class mail postage prepaid.

_(signature)_
Howard Furkin