UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.    94-30014-002 |
| vs. ) | |
| ) | |
| HOWARD (TED) FURKIN ) | |
| ) | |
| Defendant, ) | |

DEFENDANT'S REPSONSE TO GOVERNMENT'S OPPOSITION TO MOTION FOR AMENDMENT OF SUPERVISED RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Howard (Ted) Furkin pro se, Defendant in the above entitled and numbered case and files Defendant's Response to Government's Opposition and states the following:

1. Defendant first learned of the Government's opposition to this motion on November 12, 2006 while reviewing the docket entries on the Pacer system. Notification by the Government, via U.S. Mail, was not received by Defendant.

2. Defendant notified his Probation Officer before filing the motion to modify his supervised release and requested that he be advised if there was any opposition to filing said motion and received none.

3. In the past eighteen months or so, Mr. Furkin has traveled extensively for employment purposes; including to Mexico and has complied with all requirements set by his Probation Officer.

4. Due to Defendants age and deteriorating health he finds the excessive paperwork very confusing and stressful at times and respectfully requests that the Court grant his Motion.

Dated this 12 day of Nov, 2006

*[signature]*

Howard Furkin, Plaintiff Pro Se
5808 E. Brown Rd., #15
Mesa, AZ 85205
Telephone: (480) 747-1305

## CERTIFICATE OF SERVICE

I, Howard Furkin hereby certify that on this 13 TH day of November 2006, I served the following papers:

Defendant Howard Furkin's Response to Government's Opposition to Motion for Amendment of Supervised Release
On:

1. Rodger A. Heaton, United States Attorney for the Central District of Illinois and Patrick J. Chesley, Assistant United States Attorney:

   318 South 6th Street
   Springfield, ILL 62701

By first class mail postage prepaid.

*[signature]*
Howard Furkin