November 6, 2006

Clerk of the Court
U.S. District Court
Central District of Illinois
600 E. Monroe Street
Springfield, ILL  62701

Re:    United States of America v. Furkin
       No. 94-30014-002

Dear Sir or Madam:

    Please find enclosed three copies of Defendants Reply to Plaintiffs Response to Objection to Garnishment.

    Please stamp-file the extra copy of Defendants Reply to Plaintiffs Response to Objection to Garnishment, minus Exhibits and return in the self, addressed, stamped envelope.

Thank you.

Cordially,

*[signature]*

Howard (Ted) Furkin
5808 E. Brown Rd., #15
Mesa, AZ  85205

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 94-30014-002 |
| HOWARD (TED) FURKIN, | ) ) ) |
| Defendant, | ) ) |
| PYRAMID TECHNOLOGIES, INC., | ) ) |
| Garnishee, | ) |

### DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO OBJECTION TO GARNISHMENT

NOW COMES, Howard (Ted) Furkin, Pro Se and makes the following Reply to the Plaintiff's response to objection to garnishment and he says:

1. It appears that Plaintiffs only objection to Defendants response to Plaintiffs request for wage garnishment is that the $800.00 allocated for room and board is excessive.

2. Defendant's monthly compensation of $800.00 for room and board, includes but is not limited to:

    a. Furnished living quarters
    b. Proportionate share of:
        i. Utilities (i.e. Electricity, cable, water, trash)
        ii. Food, other than special diabetic products that Defendant purchases at a cost of approximately $200.00 per month
        iii. Household necessities (i.e. Toilet paper, cleaning supplies, laundry supplies)

1

   c. Usage of:
      i. Computer (Required for employment)
      ii. Fax machine (Required for employment)
      iii. Local phone service (Required for employment)
      iv. Broadband Internet (Required for employment)

Affidavit, Dianna L. Ross, Exhibit "1"… attached hereto.

3. For Defendant to acquire other living arrangements in a safe and reasonable proximity of employment (East Mesa) it would require Defendant to spend approximately $1,100.00 or more per month for the rent, utilities, local phone service, household necessities, etc. See all available pages for the East Valley area from the 'Apartment For Rent' guide, Exhibit "2"… attached hereto.

4. Defendant owns no furniture, equipment or furnishings (i.e. kitchen utensils, linens, etc.) and would either have to purchase or lease said items if Defendant were to move from current living quarters.

5. Due to Defendants deteriorating and current health issues Defendant deems it an asset to live with family. On October 4, 2006 Defendant was rushed to Banner Hospital, in East Mesa, in a semi-coma, by his grandson where Defendants blood pressure was found to be 56/30. Defendant was required to stay overnight, patient number 1617489 Unit H5-E. Hospital bill has not yet been received, but expected to be $2,000 to $6,000 above insurance paid coverage.

6. After Defendants telephonic hearing on September 18, 2006 with Ms. Collins, AUSA and the Court, Defendant attended his Cardiologist appointment. Due to Defendants condition, the

Doctor advised Defendant to avoid stress and reduce employment hours. See letter dated September 18, 2006, Exhibit "3" – "3-A"… attached hereto.

Respectfully submitted,

*[signature]*

Howard (Ted) Furkin, Defendant Pro Se
5808 E. Brown Rd., #15
Mesa, AZ 85205


## CERTIFICATE OF SERVICE

I, Howard (Ted) Furkin, hereby certify that I served a true copy of this paper and Exhibits on Elizabeth L. Collins, AUSA, 318 S. 6th Street, Springfield, Ill 62701 on November 6, 2006, by first class mail postage prepaid.

*[signature]*

Howard (Ted) Furkin

STATE OF ARIZONA )
COUNTY OF MARICOPA )

### AFFIDAVIT OF DIANNA L. ROSS

I, DIANNA L. ROSS, being first duly sworn under oath, deposes and states as follows:

1. I receive from my father, Howard (Ted) Furkin, compensation of $800.00 per month for room and board, which includes, but is not limited to:

   a. Furnished living quarters
   b. Proportionate share of:
      i. Utilities (i.e. Electricity, cable, water, trash)
      ii. Food, other than special diabetic products
      iii. Household necessities (i.e. Toilet paper, cleaning supplies, laundry supplies)
   c. Usage of:
      i. Computer
      ii. Fax machine
      iii. Local phone service
      iv. Broadband Internet

FURTHER AFFIANT SAYETH NAUGHT

_Dianna L. Ross_ (signature)
Dianna L. Ross

SUBSCRIBED AND SWORN

To me this 06 day of November, 2006, personally appeared Dianna L. Ross.

Expires on:

OFFICIAL SEAL
FRANK JAMES OLIVER, JR.
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Commission Expires May 10, 2008

_Frank James Oliver_ (signature)
Notary Public

Exhibit "1"

Andrei Damian, M.D., FACC
David R. Sease, M.D., FACC
Lee M. Ugol, M.D., FACC
Marc A. Kates, D.O., FACC
Joseph V. Klag, D.O., FACC
Edmund J. Brennan, M.D., FACC
Kevin Berman, M.D., FACC
James L. Beck, D.O., FACC

Allen Rafael, M.D., FACC
Alan B. Sommers, D.O., FACC
Jack M. Wolfson, D.O., FACC
Jeffrey Greenberg, M.D., FACC
Chris Geohas, M.D., FACC
Anthony E. Sandoval, M.D., FACC
Marc D. Thames, M.D., FACC
Elaine H. Niggemann, M.D., FACC
J. Phillip Orchard, M.D.

David Lin, M.D
Jan Prasad, M.D., FACC
Andy Tran, M.D.
C. Robert Vanselow, PA-C
Patricia Struck, MSN, FNP, APRN, BC
Nancy Lowery, MSN, FNP, APRN, BC
Suzanne Hennings, MSN, ANP, APRN, BC
Paul Sterrett, MSN, FNP, APRN, BC
Helen Bell, MSN, ACNP, APRN, BC

# CVC
## Cardiovascular Consultants, Ltd.

**Diagnostic and Interventional Cardiology**

September 18, 2006

TO WHOM IT MAY CONCERN:

RE: FURKIN, HOWARD    (DOB: 07/04/1937)    (SSN#:  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)

Mr. Furkin is a 69 year old gentleman who is under our care for severe atherosclerotic coronary disease. He is status post coronary artery bypass graft surgery in December of 2004 and in February of 2006 status post percutaneous coronary intervention of the LAD and diagonal branch of the LAD. He continues to have recurrent chest discomfort particularly at times of stress and physical work.

It is my advice to him that he work half-time. I also think that stress avoidance for him is absolutely important.

Thank you very much. If you have any questions, please never hesitate to ask.

Very truly yours,

Joseph V. Klag, D.O., F.A.C.C.

JVK/jt

16601 N. 40th Street – Suite 204 – Phoenix, Arizona 85032
(602) 867-8644 – Fax (602) 494-3688
50 E. Dunlap – Suite 101 – Phoenix, Arizona 85020
(602) 870-1789 – Fax (602) 870-8431
6036 N. 19th Avenue – Suite 312 – Phoenix, Arizona 85015
(602) 246-5570 – Fax (602) 249-6226
18700 N. 64th Drive – Suite 208 – Glendale, Arizona 85308
(623) 561-6211 – Fax (623) 561-0344
10290 N. 92nd Street – Suite 301 – Scottsdale, Arizona 85258
(480) 391-0555 – Fax (480) 391-0582

5422 W. Thunderbird Rd. – Suite 8 – Glendale, Arizona 85306
(602) 978-0698 – Fax (602) 978-5958
13620 N. Saguaro Blvd. – Suite 50 – Fountain Hills, Arizona 85268
(480) 836-8703 – Fax (480) 836-8718
19636 N. 27th Avenue – Suite 301 – Phoenix, Arizona 85027
(623) 582-1465 – Fax (623) 879-0406
3624 W. Anthem Way – Suite C-108 – Anthem, Arizona 85085
(623) 551-2866 – Fax (623) 551-2861
8575 E. Princess Drive – Suite 115 – Scottsdale, Arizona 85255
(480) 538-1355 – Fax (480) 538-1356

EXHIBIT "3"

*2 pages*

Oct 3, 2006

Elizabeth L. Collins, AUSA
318 So. 6th Street
Springfield, Il 62701

VIA Fax # (217) 492-4888

On Sept 18th after our telephone call, I had an appointment with my Cardiologist. He was concerned that I was still working with this condition. I explained that I had to be employed as a condition of my supervised release. The enclosed letter was received upon my return to the City last week. Would you please inform the Court of this letter?

Thank you,

Ted Furkin

EXHIBIT "3-A"