# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 94-30014-002 |
| | ) | |
| HOWARD (TED) FURKIN, | ) | |
| and DAVID J. LANZOTTI, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| PYRAMID TECHNOLOGIES, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## RESPONSE TO MOTION FOR INTERNATIONAL TRAVEL

The United States has no objection to Howard Furkin's request to travel to London for work purposes.

                Respectfully submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

DATE: December 14, 2006

                s/Elizabeth L. Collins
                Elizabeth L. Collins, Bar No. 487864
                Attorney for the Plaintiff
                United States Attorney's Office
                318 S. 6th Street
                Springfield, Illinois 62701
                Tel: 217-492-4450
                Fax: 217-492-4888
                E-mail: Beth.Collins@usdoj.gov

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **Response**, has been made by placing in the United States mail, postage prepaid, addressed to:

> Howard (Ted) Furkin
> 5808 E. Brown #15
> Mesa, AZ 85205
>
> United States Probation Office
> Attn: USPO Kathleen Strand
> 401 W. Washington, St., Suite 160
> Phoenix, AZ 85003-2146

DATE: December 14, 2006

> s/Elizabeth L. Collins
> Elizabeth L. Collins, Bar No. 487864
> Attorney for the Plaintiff
> United States Attorney's Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888
> E-mail: Beth.Collins@usdoj.gov